## LIVERPOOL & GREAT WESTERN STEAM CO. *v.* SAITTA.[1]

*(Circuit Court, E. D. New York.    June 23, 1884.)*

COMMON CARRIER—WAREHOUSEMAN—DELIVERY—PERISHABLE CARGO—USAGE.
    The decree of the district court in the same case (17 FED. REP. 695) affirmed.

In Admiralty.
*Beebe, Wilcox & Hobbs,* for libelant and appellee.
*Charles E. Crowell,* for claimants and appellants.

BLATCHFORD, Justice.    I concur fully in the opinion of the district judge in this case as to the facts and the law.    The libelants are entitled to a decree for $841.20, with interest from December 31, 1881, and their costs in the district court, taxed at $201.95, and their costs in this court to be taxed.

See the opinion of the district court in the same case, (reported as *Liverpool & Great Western Steam Co.* v. *Suitter and others,*) 17 FED. REP. 695. —[REP.

---

## DE GRAU *v.* WILSON.

*(Circuit Court, E. D. New York.    June 23, 1884.)*

BILL OF LADING—COMMON CARRIER—WAREHOUSEMAN—DESTRUCTION OF GOODS BY FIRE—BURDEN OF PROOF—NEGLIGENCE.
    The decree of the district court in the same case (17 FED. REP. 698) affirmed.

In Admiralty.
*R. P. Lee,* for libelants and appellants.
*Foster & Thomson,* for respondents and appellees.

BLATCHFORD, Justice.    The conclusions of fact and of law arrived at by the district judge in his decision seem to be warranted by the evidence.    He had the advantage of seeing the witnesses and hearing their testimony.    The case is one depending largely on the credibility of witnesses and the ascertainment of facts.    The additional proofs taken in this court do not vary the case.    There must be a decree dismissing the libel, with costs to the respondents in the district court, taxed at $114.43, and in this court to be taxed.

See the opinion of the district court in the same case, (*De Grau* v. *Wilson,*) 17 FED. REP. 698.—[REP.

---

[1] Reported by R. D. & Wyllys Benedict, of the New York bar.